UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BMO Harris Bank N.A.,

                            Plaintiff,          Civil Action No. 20-cv-01486-RPK-VMS

    -against-

Pride Express, LLC et al,

                            Defendants.
---------------------------------------------------------X

## NOTICE OF APPEARNACE

TO THE CLERK OF THE COURT
AND ALL PARTIES OF RECORD:

        **PLEASE ENTER THE APPEARANCE** of Ortiz & Ortiz LLP, as counsel in this action to Defendants **Pride Express LLC**.  The undersigned certifies she is admitted to practice in this court.

Dated: January 13, 2021
       Astoria, New York

                                                               *S/Norma E. Ortiz*
                                                                Norma E. Ortiz
                                                                Ortiz & Ortiz, L.L.P.
                                                                32-72 Steinway Street, Ste. 402
                                                                Astoria, NY  11103
                                                                Tel. (718) 522-1117
                                                                *Counsel to Defendant*
                                                               *Pride Express LLC.*